■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GARY SMITH, Appellant.—Judgment unanimously modified on the law and as modified affirmed and matter remitted to Supreme Court, Erie County, for further proceedings, in accordance with the following memorandum: The court erred in ordering restitution without conducting a hearing; the probation report, which was the sole basis for the court's order of restitution, is insufficient to determine the proper amount *(see, People v Williams,* 154 AD2d 945; *People v Cheatum,* 148 AD2d 986, *lv denied* 74 NY2d 662). The order of restitution therefore is vacated and the matter remitted for a hearing. (Appeal from judgment of Supreme Court, Erie County, Dadd, J.—driving while intoxicated.) Present—Boomer, J. P., Green, Pine, Lawton and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID G. ADDERLY, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Steuben County Court, Finnerty, J.—criminal possession of stolen property, second degree.) Present—Boomer, J. P., Green, Pine, Lawton and Davis, JJ.